UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 18-10013-CR-MARTINEZ/SNOW**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY STEVEN KAPLAN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's CJA Voucher Request for Attorney's Fees regarding Criminal Justice Act Voucher 13C.0618324 issued by United States Magistrate Judge Lurana S. Snow, on January 28, 2019 [ECF No. 36]. Magistrate Judge Snow, recommends that this Court, approves the CJA Voucher and that Mauricio Lopez-Aldazabal, Esquire, be paid a total sum of **$18,514.96**. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed.

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lura S. Snow's Report and Recommendation [ECF No. 36], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of February, 2019.

                                        JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
Mauricio Lopez-Aldazabal, Esq.
CJA Administrator